IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRIAN RUSSELL TUCKER,

    Plaintiff,

VS.                                                    NO. 04-2652-MaV

PERKINS HOTEL PARTNERS, L.P., ET AL.,

    Defendants

## ORDER OF DISMISSAL

Plaintiff filed the complaint in this matter on August 23, 2004 and summonses were issued on that date. On February 22, 2005, the court issued an Order to Show Cause why this matter should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the show cause order. The court therefore finds that this matter should be and is **DISMISSED** without prejudice.

It is so ORDERED this 13th day of May, 2005.

                                                         SAMUEL H. MAYS, JR.
                                                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02652 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Joseph H. Crabtree
CRABTREE LAW FIRM
1922 Exeter Rd.
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT