UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 20  AM 9: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BRIAN RUSSELL TUCKER,

    Plaintiff,

v.                                              Cv. No. 04-2652-Ma

PERKINS HOTEL PARTNERS, L.P., et al.,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed May 18, 2005.

APPROVED: _____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 19, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02652 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Joseph H. Crabtree
CRABTREE LAW FIRM
1922 Exeter Rd.
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT